# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUKE F. CRANFORD,<br><br>        Plaintiff,<br>  vs.<br><br>WARDEN B STROUD, *et al.*,<br><br>        Defendants. | Case No.: 2:15-cv-02189-GMN-PAL |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 8, 2018, Romeo Aranas and E.K. McDaniel, ("Defendants"), filed a Suggestion of Death as to Plaintiff Duke F. Cranford, (ECF No. 48). Subsequently, on February 1, 2018, Defendants filed a Suggestion of Death as to Defendant Bruce Stroud, (ECF No. 51).

Pursuant to Fed. R. Civ. P. 25(a)(1), an action must be dismissed if a motion for substitution of party is not made within 90 days after service of a statement noting the death. Here, no such motion was filed.

Accordingly,

**IT IS HEREBY ORDERED** that the action is **DISMISSED without prejudice**.

The Clerk of Court shall close this case and enter judgment accordingly.

**DATED** this __14__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Page 1 of 1